| | |
|---|---|
| 1 | Erin Rose Ronstadt, SBN 028362 |
| 2 | Kevin Koelbel, SBN 016599 |
| | OBER PEKAS RONSTADT |
| 3 | 3030 North 3rd Street, Suite 1230 |
| 4 | Phoenix, AZ 85012 |
| | (602) 277-1745 |
| 5 | (602) 761-4443 Fax |
| 6 | erin@oberpekas.com |
| | kevin@oberpekas.com |
| 7 | |
| 8 | Lisa S. Kantor, (pro hac vice) |
| | Elizabeth K. Green, (pro hac vice) |
| 9 | KANTOR & KANTOR, LLP |
| 10 | 19839 Nordhoff Street |
| | Northridge, CA 91324 |
| 11 | (818) 886-2525 |
| | (818) 350-6272 Fax |
| 12 | lkantor@kantorlaw.net |
| 13 | egreen@kantorlaw.net |
| 14 | Attorneys for Plaintiff, |
| | Carolyn Larsen |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Carolyn Larsen, | ) | Case No.: 2:18-cv-1202-SPL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| | ) | |
| Salt River Project Health and Life Plan, | ) | Complaint filed: April 18, 2018 |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF SETTLEMENT

1 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that the parties have reached a settlement of the above entitled action. It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a Stipulation for Dismissal will be filed within forty-five (45) days.

The parties thereby respectfully request that the Court vacate all court dates.

KANTOR & KANTOR LLP

BY: /s/ Elizabeth K. Green
Elizabeth K. Green
*Attorneys for Plaintiff*
Carolyn Larsen

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John J. Egbert
johnegbert@jsslaw.com
Otto S. Shill, III
oshill@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554

*Attorneys for Defendant*

/s/ *Elizabeth K. Green*
Elizabeth K. Green