IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolyn Larsen,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Salt River Project Health and Life Plan,<br><br>　　　　　Defendant. | No.  CV-18-01202-PHX-SPL<br><br>**ORDER** |

The Court has been advised that the parties have reached a settlement in this case. (Doc. 17)  Accordingly,

**IT IS ORDERED** that this case will be *dismissed with prejudice* by the Clerk of Court without further notice on **September 24, 2018** unless a stipulation to dismiss or request for reinstatement on the Court's trial calendar is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that all pending hearings are **vacated**.

Dated this 9th day of August, 2018.

Honorable Steven P. Logan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28